**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Troy FAIRBANKS, Defendant—
Appellant.**

**No. 97–3611.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 1, 1998.

Decided May 21, 1998.

James D. Leach, Rapid City, SD, for De-
fendant–Appellant.

Mary A. Vargo, Rapid City, SD (Karen E.
Schreier, U.S.Atty., on the brief), for Plain-
tiff–Appellee.

Before FAGG, BEAM, and HANSEN,
Circuit Judges.

PER CURIAM.

Troy Fairbanks appeals from the 210–
month sentence imposed by the district
court[1] after he pleaded guilty to drug
charges. The government has moved to dis-
miss Fairbanks's appeal, correctly noting
that Fairbanks waived his right to appeal his
sentence in the plea agreement. Fairbanks
argues that he should not be bound by his
promise because the government breached
the plea agreement. Because Fairbanks
failed to raise the government's alleged
breach at sentencing, we decline to address
this argument. *See United States v. Wullsch-
leger,* No. 96–3957, 1997 WL 337554, at *1
(8th Cir.1997) (unpublished) (declining to
consider similar argument where appellant
did not raise government's alleged breach of
plea agreement at sentencing). We there-
fore specifically enforce Fairbanks's promise
against him by granting the government's
motion to dismiss. *See United States v. His
Law,* 85 F.3d 379, 379 (8th Cir.1996).

The appeal is dismissed.

1. The Honorable Richard H. Battey, Chief Judge,
United States District Court for the District of
South Dakota.